IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MICKEY BROWN, )
)
    Plaintiff, )
)
v. ) CV 307-049
)
PAT CLARK, Medical Health, Wheeler )
Correctional Facility, )
)
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to fulfill the requirements for proceeding *in forma pauperis* or to pay the filing fee, and this civil action is **CLOSED**.

SO ORDERED this 7 day of November, 2007, at Augusta, Georgia.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE